IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

DISH NETWORK, LLC.,

    Respondent.

**Application For An Order To Show Cause Why
An Administrative Subpoenas Should Not Be Enforced**

1. This is an action for enforcement of two subpoenas, Subpoena No. PHX-12-59 and Subpoena No. PHX-13-29, [Exhibits 9 and 13 to the EEOC's Memorandum in Support], issued pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 as amended ("ADA"), 42 U.S.C. § 12117(a), which incorporates Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9 ("Title VII").

2. Jurisdiction is conferred upon the court by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates Sections 706(f)(3) and 710 of Title VII, 42 U.S.C. §§ 2000e-5(f)(3) and 2000e-9, the latter of which incorporates Section 11 of the National Labor Relations Act, 29 U.S.C. § 161.

3. Applicant and Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the federal agency charged with the administration, interpretation, and enforcement of the ADA, including the investigation of charges of unlawful employment practices, and is authorized to

bring this action pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. The Respondent is an employer doing business in the State of Colorado with a facility at 9601 S. Meridian Blvd., Englewood, CO 80112.

5. On June 28, 2012, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9, which, in turn, is incorporated in Section 107(a) of the ADA, 42 U.S.C. § 12117(a)), the EEOC issued to the Respondent Subpoena No. PHX-12-59, which was duly served on the Respondent.

6. On May 3, 2013, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9, which, in turn, is incorporated in Section 107(a) of the ADA, 42 U.S.C. § 12117(a)), the EEOC issued to the Respondent Subpoena No. PHX-13-29, which was duly served on the Respondent.

7. Subpoena No. PHX-12-59 and Subpoena No. PHX-13-29 required the Respondent to produce information and documents needed as part of the EEOC's investigation of a charge of unlawful employment practices, Charge No. 541-2011-00318, which has been filed against the Respondent.

8. The Respondent filed an untimely petition to revoke Subpoena No. No. PHX-12-59.

9. The Respondent has not filed a petition to revoke or modify Subpoena No. PHX-13-29.

10.    The Respondent has refused to comply with Subpoena No. PHX No. PHX-12-59 and Subpoena No. PHX-13-29.

11.    Respondent's failure to comply with the Subpoenas has delayed and hampered the EEOC's investigation.

12.     The accompanying Declaration of Rayford O. Irvin, District Director, filed concurrently herewith, and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, the Equal Employment Opportunity Commission prays:

a) That the Court issue an Order directing the Respondent to appear before this Court and to show cause, if there be any, why an Order should not issue directing the Respondent to comply with the subpoena;

b) That, upon return of the Order to Show Cause, an Order issue directing the Respondent to comply with the subpoena; and

c) That the Equal Employment Opportunity Commission be granted its costs and such further relief as may be necessary and appropriate.

           Respectfully submitted,

           */s/ Iris Halpern*
           IRIS HALPERN
           Trial Attorney
           (303) 866-1374
           iris.halpern@eeoc.gov

           EQUAL EMPLOYMENT
            OPPORTUNITY COMMISSION
           Denver Field Office
           303 East 17th Avenue, Suite 410
           Denver, Colorado 80203
           Facsimile: (303) 866-1375