

RECEIVED

12/21/2010

JAN 18 2011

EEOC - DENVER

**Response to Charge No. 541-2011-00318,** *George Stewart*

Relevant Time Frame: November 2010

**Company:**
DISH Network, L.L.C.
9601 S Meridian Blvd.
Englewood, CO 80112

**Company Representative for all further contact:**
Aaron LaPoint, Vice President, Human Resources
9601 S. Meridian Blvd.
Englewood, CO 80112
303-723-1371 phone
303-252-6671 fax

**Party Responsible for Position Statement regarding Charge:**
Jennifer Quinby
5701 S Santa Fe Dr
Littleton, CO 80112
720-514-8541 phone
303-723-1323 fax

**Statement of Principal Product:**
DISH Network's (DISH) principal product is Direct Broadcast Satellite TV service to residential and commercial customers.

**Current number of employees at Littleton, CO is approximately 1600.**

POSITION STATEMENT

Please accept the following as the Position Statement of DISH Network L.L.C. ("DISH" or the "Company"), submitted in response to the Equal Employment Opportunity Commission's (EEOC) request for a response to George Stewart's above-referenced charge ("Charge").

**Response to allegation(s):**

I.  **Personal Harm: I utilized an online application service to apply for the position of customer service representative on November 10, 2010. I was not allowed to continue the application after it deemed I was not qualified therefore denying me an opportunity for employment.**

# Exhibit 4



On November 10, 2010 Mr. Stewart did start the online assessment with our 3rd party administrator, Furst Person, for the Customer Service Representative position. Mr. Stewart spent 3 minutes entering in his email, creating a password, inputting Name, Phone Number, Address, answering voluntary questions regarding Ethnicity, age, and gender, and answering 5 questions regarding his degree status from high school, 18 years of age or older, availability to work any scheduled shift, interest in full-time work and having reliable transportation- Exhibit A. After Mr. Stewart marked "No" to the question "Dish Network is a 7 day a week customer service center. Most employees will be required to work evenings, weekends, and holidays. Are you able to work these types of shifts?" he was not able to continue on with the assessment. The job description clearly states that availability to work multiple different shift types including nights, morning, and weekends is a requirement of the position. Mr. Stewart had the opportunity to read this job description before he started the assessment. Exhibit B is the job description for which Mr. Stewart wanted to apply for.

II.   **Discrimination Statement: I believe that I was discriminated against due to a disability defined by the American with Disabilities Act of 1990 (ADAAA), as amended, and because of my age (61) in violation of the Age Discrimination Employment Act of 1967, as amended, in that:**
   1) **On November 11, 2010 I applied for the position of customer service representative online and was qualified for the position**
   2) **I have a disability which limits the shifts I can work and when I noted my availability I was not allowed to proceed in the process therefore limiting the opportunity to engage in the interactive process of accommodation.**
   3) **I believe my age was also taken into consideration in that the application asked whether I was under or over forty year of age**

   1) On November 10, 2010 George Stewart started the online assessment from the DISH Network Littleton Call Center landing page. We do not show Mr. Stewart applying for any position on or after November 11, 2010 with DISH Network. We can not fully determine Mr. Stewart's qualifications for the position as he did not pass the assessment and did not complete an online application. However, his response indicated that he is not qualified because his indicated he was not available the hours required.

   This location is an inbound call center and call center agents must be available to work any shift to meet our customer demands. Shifts are often adjusted with little notice to accommodate the changing customer needs. All of our employees are expected to be able to work nights, weekends, holidays. During the interview process applicants are asked 3 additional times to confirm their ability to meet the shift requirements.

   2) Mr. Stewart answered "No" to the question "Dish Network is a 7 day a week customer service center. Most employees will be required to work evenings,



weekends, and holidays. Are you able to work these types of shifts?". The screen shot of Mr. Stewart answering "No" to this question is in Exhibit C. If Mr. Stewart had marked "Yes" he would have been allowed to proceed with the rest of the assessment to determine if he had the ability to do the job. If it was determined he had the ability to do the job he would have been asked to schedule an office appointment. At the time of his office appointment Mr. Stewart would have had the opportunity to engage in the accommodation discussion with someone in Human Resources. Since he marked "No" he was disqualified for completing the assessment.

    a.  There are multiple positions listed on dishnetwork.com that are similar in pay and job function and do not have the same schedule limitations. Mr. Stewart did not apply to any of these positions.

    b.  Mr. Stewart did have 3 available options to engage in the interactive process regarding his concerns in this area. On the same landing page he started from there is a place where an interested party can contact Human Resources at the Littleton location. We provide our physical address, hours of operation, and phone number. We allow and accommodate walk in applicants and receive many each day. Had he initiated the discussion in any of these processes we could have heard his concerns, explained our requirements, directed him to other positions which have different scheduling requirements and resolved his concern. Unfortunately, in the 3 minutes Mr. Stewart spent applying for this position he did not give us this opportunity.

        The landing page with all 3 contact options is displayed in Exhibit D. The third option would have been on the landing page also. There is a place to send your phone number and name and it describes that it will prompt a response from a DISH Network Representative regarding employment opportunities. We receive these via e-mail and respond daily.

3) Mr. Stewart's age was not taken into consideration with regards to determining his ability to perform the job. The demographic information that is collected from our 3rd party assessment administrator is for information gathering only, is voluntary to complete, and the information gathered is not shared with DISH Network. The answers to theses questions have no bearing on a candidate making it through the process, nor are they known by those making the hiring decision within DISH Network. A screen shot of the questions asked by the 3rd party assessment administrator, Furst Person, is included in Exhibit E. Exhibit F details the workflow steps Mr. Stewart engaged in and clearly shows that he entered in Demographic information and was allowed to continue in the online application. Where Mr. Stewart failed is in the BBR or Basic Business Requirements (Exhibit A) and applicants must answer the questions in a certain way to be able to proceed to the online assessment. Where Mr. Stewart did not pass the assessment is by answering No to the availability to work nights, weekends, and holidays question which did not allow Mr. Stewart to continue on with the assessment.



**About DISH**

DISH, formerly known as EchoStar Satellite L.L.C., is headquartered in Englewood, Colorado where it serves more than 14 million satellite television customers through its DISH Network® service, and is a leading U.S. provider of advanced digital television services. DISH Network's services include hundreds of video and audio channels, Interactive TV, HDTV, sports and international programming, together with professional installation and 24-hour customer service.

DISH recognizes that each one of its approximately 25,000 employees nationwide – regardless of protected status - is critical to the Company's success. Toward that end, DISH vigorously maintains EEO policies, including anti-harassment and anti-retaliation policies, designed to prevent unlawful discrimination in the workplace. Furthermore, DISH maintains an "Open-Door" atmosphere and encourages employees to voice work related ideas, issues, and complaints. DISH's commitment to its Open-Door practice is found in multiple posters displayed throughout the Company and in its Employee Handbook.

**DISH's Equal Employment Opportunity Policy**

"DISH Network is dedicated to the principles of equal employment opportunity in any term, condition or privilege of employment. We do not discriminate against applicants or employees on the basis of age, race, sex, color, religion, national origin, disability, veteran status or any status protected by applicable law. This prohibition may include harassment based on any protected class or classes. Harassment may include verbal or physical conduct which has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment. This policy applies to all employees including managers, supervisors, co-workers and non-employees such as customers, clients, business partners, vendors and consultants.
DISH Network prohibits retaliation against any employee for filing a good faith complaint under this policy or other policies or for cooperating with an investigation in good faith. If you believe there has been a violation of this EEO policy, immediately report the incident to your supervisor and/or your Human Resources representative. They may investigate the matter and take appropriate corrective action. Your concern will be kept as confidential as practical. If the Company determines that an employee's behavior is in violation of this policy, appropriate disciplinary action may be taken against the offending employee, up to and including termination of employment."

**Further Detail of George Stewart's application with DISH**

DISH maintains and strictly enforces its Equal Employment Opportunity policy. DISH bases its employment decisions on legitimate business needs and concerns. DISH employs thousands of employees who represent myriad of protected classifications. As a Company, we recognize that our success is dependent on skill set, individual contribution, the ability to get



along with your coworkers and communicate with our customers, and other non-discriminatory factors.

This claim is invalid for the following reasons:

- Mr. Stewart spent all of 3 minutes on our website to initiate the applicant process and when he was denied the ability to complete the process he failed to contact us to inquire about the opportunity.
- The job description clearly states applicants must be available to work any schedule shift including nights, weekend, and holidays and Mr. Stewart indicated that he did not have this ability.
- Mr. Stewart's age had no relevance in the reason he was denied the ability to continue on in the application process. This information is gathered by our 3rd party administrator, Furst Person, and is not shared with DISH Network.

The above facts clearly demonstrate that George Stewart was not subjected to unlawful treatment while applying to work at DISH. I trust that this documentation will assist in reaching a no cause determination. If you desire any additional information, please do not hesitate to contact me.

Sincerely,

Jennifer Quinby
Human Resources

## EXHIBITS

**Exhibit A – Screen shots of Furst Person assessment registration and answering basic questions.**
**Exhibit B – Job Description for position George Stewart applied**
**Exhibit C – Screen shots of answers George Stewart submitted for the Basic Business Requirements**
**Exhibit D – Screen shot of the DISH Network Littleton Call Center Landing Page where George Stewart clicked Begin Assessment**
**Exhibit E – Screen shot of the demographic information asked by 3rd party assessment administrator asking if applicant is over or under 40, gender, and ethnicity**
**Exhibit F – Details of Workflow steps showing where George Stewart was no longer able to compete assessment**

**12/21/2010**

**Response to Charge No. 541-2011-00318,** *George Stewart*
Supplement

Issue:  HIRING

   1.  Submit a copy of your hiring polices.  If actual hiring practice is different from the written policy, describe actual practice.

I would include our EEO policy that says we don't discriminate in hiring (from our handbook or any other policy that exists on hiring that is similar).  Also, let's not include this entire chart.  Let's only include the first line – "test from home candidates." I also deleted the second chart.  They may come back to us, but let's not include right out of the gate.

**Our written policy is included below, and matches our actual practice.  These documents have not changed since, at least, November 2009.**


**The Claimant could have applied for other positions that did not have the same requirements, or the Claimant could have called, e-mailed, or came to the office to inquire further to see if an accommodation could be made.  That information was available at the same log in screen that the Claimant began at.**

2. Describe in detail the method(s) used by your organization to receive, screen, and process applications for employment for the position in question. Your description should include, but not be limited to, the following information:

    a. The manner in which persons are recruited for the position in question,

> **Individuals are recruited in a number of ways for this particular position… newspaper advertisement, state and local workforce, state department of vocational rehabilitation office, employment guides, city buses, job fairs, signage on buildings and company vehicles, postings on Careerbuilder and Monster. All of these methods were being employed at the time of the Claimants interest.**

    b. The manner in which a person is determined to be an "applicant" for the position,

> **A person is determined to be an "applicant" for the position if they walk in to the location and begin our application process, or in our "off-site" process, successfully complete our online assessment.**
> **The Claimant did not make it to the "Applicant" status.**

    c. Whether applications are solicited or accepted whether or not vacancies exist for the position,

> **Applications are not solicited nor accepted when vacancies are not in existence. We currently have several vacancies for this position. .**

    d. The time period for which applications are considered active and the time period for which applications are retained,

> **Applications are entered by the applicant and stored in our online applicant tracking system. As of this date, none have been removed from the system. They are processed for each position as the person applies.**

    e. The forms of written documentation used which reflect the solicitation, receipt and processing of an application,

> **All online solicitation is directed to Exhibit D, and all published solicitation is driven to that same landing page. At job fairs the address to the landing page is also distributed, resumes are not accepted. Then each applicant is, upon "applying" to a particular job is put in the work queue for that requisition, and all steps of the process are tracked for that applicant in regards to that position. See Sample: Exhibit G**

    f. How applications for the position are reviewed for the purpose of selecting an applicant. Include the name, position, of persons responsible, and

> **The Claimant did not make it to this stage in the process, however once an applicant successfully completes the application and online assessment, they proceed to an interview. Interviews are conducted by numerous trained HR Staff, and then if successful followed by a second interview with numerous trained Operations Staff. An interview guide is**

used for consistency. **It is typical for 30-50 people to be interviewed per day for the position the Claimant is describing, so there is a large team of people continually trained and maintained for this process.**

    g. Whether applicants are interviewed during the application process and if so, by whom (include name, position, of individual(s)).

**See above response 2f.**

3. Provide the total number of applications received for the position in question during the relevant period. Submit copies of all applications and other records received from prospective employees.

**There were approximately 11,575 applications for this position, at this location alone, during the relevant period given (1/1/09 – 12/8/2010). Due to sheer volume of these applications, DISH objects to the production on the grounds that it would be unduly burdensome. DISH further objects on the grounds that these applications are irrelevant since Claimant did not make it to this stage of the application process.**

4. State whether the charging party applied for the position in question during the relevant period. If yes, for each time the charging party did apply, include the following:

**The Claimant did not make it to the application stage for this or any position to the best of our ability to find. (We have the limited information presented in this claim to search with.) The Claimant did begin our "Off-Site" process, but responded that they were not able to meet one of the requirements of the position.**

    a. The date of and the nature of the application, whether written or oral, **NA**

    b. A copy of the application and/or resume filed by the charging party and/or any other notation made during the processing of the charging party's application, **NA**

    c. The exact job title and job grade or wage level sought by the charging party, and

**The Claimant began the candidate "Off-Site" process for Customer Care Specialist I, job grade M.**

    d. Whether the charging party sought full-time, part-time, temporary, seasonal or other type of employment.

**This position is normally Full-time, permanent, regular employment.**

5. State whether the charging party was considered for the position. If your answer is no, state each reason why the charging party was not considered for the position.

**The Claimant was not considered for the position, because the Claimant responded that they could not meet the basic requirements of the position. The Claimant also did not seek assistance in the process. This could have provided more opportunity if the Claimant did not understand the**

**requirements or could complete them – with an accommodation. Contact information is provided during this process and many people elect to use our assistance.**

6. State whether the position in question was filled during the relevant period. If your answer is yes, provide the following for each person selected for the position;

> **The position was filled by approximately 639 people at this particular location during the relevant period given (1/1/09 – 12/8/2010). Due to sheer volume of this information, DISH objects to the production on the grounds that it would be unduly burdensome and is irrelevant.**

   a. Name
   b. The date of and the nature of the application, whether written or oral,
   c. A copy of the application and/or resume filed by the charging party and/or any other notation made during the processing of the charging party's application,
   d. The date on which the person applied for or otherwise indicated interest in the position,
   e. The job title, and job grade or wage level for which the person was hired, and
   f. The date the person was hired as full-time, part-time, temporary, seasonal or other.

7. State each and every reason why the charging party was not selected for the position in question. Provide any written documents which reflect the bases of the decision not to select the charging party. For each person involved in the decision not to select the charging party, list their name, position.

> **See Exhibit C as to why the charging party was not selected for the position in question. The Claimant was not considered for the position, because the Claimant responded that they could not meet the basic requirements of the position. The Claimant also did not seek assistance in the process. This could have provided more opportunity if the Claimant did not understand the requirements or could complete them – with an accommodation, and did not know how to indicate that in their response. Contact information is provided for exactly that purpose, and many people elect to use our assistance.**

> **No person was involved in the decision; it was a programmed system response to the applicant's input.**

8. State each and every reason why you contend the person(s) selected for the position was/were selected instead of the charging party. Provide any written documents which reflect the bases of your decision to select those persons who were hired into the position. List all persons hired during the relevant period, including name, hire date, position applied for, position hired to.

**All hired persons navigated the requirements in a way that meet the needs of the position – with or without assistance in the process.**

Sincerely,

Jennifer Quinby
Human Resources

**Exhibits**

**Exhibit C- Screen shots of answers George Stewart submitted for the Basic Business Requirements**
**Exhibit D- Screen shot of the DISH Network Littleton Call Center Landing Page where George Stewart clicked Begin Assessment**
**Exhibit G- Workflow steps of the applicant tracking process used at DISH Network**



If you have not tested for this job recently, please enter your email address and select Continue

Email Address ·
Confirm Email Address ·                     I do not have an email address.

· indicates required field

[Continue] [Reset]

If you started testing and would like to finish now, enter the email address and password you entered previously and select Continue

Email Address ·
Password ·

· indicates required field

[Continue] [Reset]

Forgot Password
Forgot Participant ID

Exhibit A

**d sh** NETWORK

👤 Katie Test

In this section you will be asked for some general information. This information will be kept strictly confidential and will be used for record keeping purposes only.

First Name ·

Last Name ·

Primary Phone Number ·

Alternate Phone Number ·

Street Address ·

City ·

State ·

Zip Code

How did you hear about positions with Dish Network?

○ Newspaper, Radio, or TV

○ Internet/Website

○ Non-Traditional Source (referral, community event, flyer, etc.)

Please list the specific source name.

Are you currently employed?

○ Yes

○ No

[ Continue ]  [ Reset ]

*Exhibit A*



👤 Katie Test

I understand this assessment is only one part of a comprehensive hiring system.

Scores will be combined with a broad base of other information such as job skills, past experience, resume data, interviews and so forth. I will complete the assessment without assistance from any other source and answer truthfully.

Do you agree with the above terms?

      ○  Yes

      ○  No

    [Continue] [Reset]

Exhibit A



d sh. NETWORK

👤 Tes Tes

Please provide the following personal information. The information will be used for research purposes only. Providing this information is voluntary and it will have no impact on a hiring decision.

Ethnicity
- ○ Black or African American - All persons having origins in any of the black racial groups of Africa
- ○ Hispanic or Latino - All persons of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race
- ○ Asian - All persons having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam
- ○ American Indian or Alaskan Native - All persons having origins in any of the original peoples of North and South America (including Central America), and who maintain tribal affiliation or community attachment
- ○ White - All persons having origins in any of the original people of Europe, the Middle East or North Africa
- ○ Native Hawaiian or Other Pacific Islander - All persons having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific islands
- ○ Two or More Races - All persons who identify with more than one of the above six races

Age
- ○ Under 40
- ○ 40 and Over

Gender
- ○ Male
- ○ Female

[ Continue ] [ Reset ]

*Voluntary - skip button*

*Exhibit A*



👤 Katie Test

Have you graduated from High School or obtained a G E D ?

○ Yes

○ No

Are you 18 years or older?

○ Yes

◉ No

Dish Network is a 7 day a week customer service center  Most employees will be required to work evenings  weekends, and holidays   Are you able to work these types of shifts?

○ Yes

○ No

Which type of position are you interested in?

○ Full-Time

○ Part-Time

If hired, would you have reliable transportation to and from work?

○ Yes

○ No

[ Continue ]  [ Reset ]

Exhibit A

Exhibit B

 **iRecruitment**

Close Window    Preferences

Home    Vacancies    Candidates

<u>Vacancies</u> >

# Vacancy: IRC29782

( Update )    ( RM Search )

## Primary Details

| | | | |
|---|---|---|---|
| Business Group | **ECHOSTAR BUSINESS GROUP** | Status | **Approved** |
| | | Start Date | **29-Sep-2010** |
| Vacancy Name | **IRC29782** | Manager | **Sorensen, Scott C** |
| Creation Date | **29-Sep-2010** | Organization | **CSC INBOUND UNIVERSAL** |
| End Date | | Professional Area | **Customer Service Center** |
| Total Openings | **100** | Position Name | **CS1101.CSC Inbound** |
| Location | **LITTLETON** | | **Universal.Customer Care Specialist I** |
| Recruiter Name | **Bellmire, Jennifer** | | |
| Metro Region | **CO - Denver** | Employment Status | **Full Time** |
| | | Replacement for | |
| | | Comments | |

## Travel Information

| | |
|---|---|
| Amount Of Travel | **No Travel** |
| Work at Home | **No** |

## Job Posting

| | |
|---|---|
| Job Posting Title | **IRC29782** |
| Job Title | **Customer Care Specialist I** |
| Organization Name | **DISH Network L.L.C.** |
| Department Description | |
| Summary | |

DISH Network is an innovative industry leader distinguished by its pioneering spirit. Ever since our establishment in 1980, we've been the ideal workplace for people with adventurous spirit and creativity, who are smart risk takers and aggressive winners - all those for whom the status quo just isn't enough. Our Fortune 200 Company continues to define the curve in television entertainment. We are always improving and extending our products and delivering greater value to people, including our workforce of 25,000 plus. Come explore the big picture with us!

Our 12 U.S.-based Customer Service Centers provide award-winning, world-class customer service to millions of customers, 24-hours a day, 7-days a week. Our Customer Service and Technical Service Representatives, as well as our Sales Representatives, strive to consistently delight our customers by providing them with quality experiences.

Customer Care Specialist I are responsible for providing exceptional customer service and technical support for DISH Network customers by

trouble shooting hardware and software issues, evaluating customer concerns and resolving problems to 100% customer satisfaction with one call resolution.

**Job Duties and Responsibilities**

- Provide quality technical support service through one-call resolution to establish a long-term customer relation
- Accurately respond to questions and assist customers with product features, installation, setup, troubleshooting and hardware operations
- Assist Technical Operations to determine call types, failure trending, and diagnostic improvements to provide a higher level of technical support
- Assist customers with their billing and payments needs and accepting payments via credit card
- Sell multiple entertainment products and services as well as hardware systems and accessories
- Utilizing Windows based computer applications, intranet based applications, and ledger based billing systems to process customer inquires
- Maintaining the performance standards in regards to productivity, quality assurance scores, attendance, sales, etc
- Maintaining a professional appearance, behavior, and conduct
- Effectively work with peers in a team focused environment
- Other duties as required; this list is not meant to be a comprehensive inventory of all duties and responsibilities assigned to this position

**Education and Experience**

High school diploma or general education degree (GED); six-months related customer service experience and/or training preferred.

**Skills and Qualifications**

- Excellent oral and written communication skills
- Proficient with Windows 95 or higher
- Ability to work as part of a team
- Strong organizational, time management, problem solving and multitasking skills

**Additional Information**


- Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions
- While performing the duties of this job, the employee is regularly required to sit, talk, and hear

- Available to work various schedules including weekends, holidays and evenings

DISH Network offers our full-time Technical Service Representatives the following benefits:

- Opportunity to make up to a 22% increase within the first year of hire!
- Full health benefit package of Medical, Dental, Vision, Health Savings Account and much more
- 401(k) with matching contributions
- Employee stock purchase plan at reduced cost
- Profit sharing benefits

- Tuition reimbursement
- Employee referral program
- Paid training
- FREE satellite TV system and programming
- Tremendous career growth opportunities
- Flexible spending options and employee assistance plan

If you are inspired by opportunity, take pride in results, and strive to win, we invite you to apply today!

DISH Network is an Equal Opportunity Employer and a Drug Free Workplace.

| Site Name | Start Date | End Date | Last Posted | Response | Post Advert |
|---|---|---|---|---|---|
| iRecruitment Internal Site | 29-Sep-2010 | | | | |
| iRecruitment External Site | 29-Sep-2010 | | | | |

**Recruiting Team**

| Person | | | Email | | Security | |
|---|---|---|---|---|---|---|
| No results found. | | | | | | |

**Assessment**

Assessment

( Update )   ( RM Search )

Home  |  Vacancies  |  Candidates  |  Close Window  |  Preferences

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement

Exhibit

Client     Project     List Pa     Partici     Participant Application Details

# Participant Information

**Name:** George Stewart

**Email:** g.h.stewart49@comcast.net

**Status Type:** Active

**Phone 1:** 303-753-0668

**Phone 2:** 303-506-4595

Basic Information     Results     Workflow Steps     Custom Modules     Emails     Notes/Documentation

Contact Info     Consent     Diagnostic     BBR

Have you graduated from High School or obtained a G.E.D.?

Yes

No

Are you 18 years or older?

Yes

No

Dish Network is a 7 day a week customer service center. Most employees will be required to work evenings, weekends, and holidays. Are you able to work these types of shifts?

Yes

No

Which type of position are you interested in?

Full Time

Part Time

If hired, would you have reliable transportation to and from work?

Yes

No

*Exhibit D*





## Technical Service Representatives

**SALARY & BENEFITS >>**

**RESPONSIBILITIES >>**

**QUALIFICATIONS >>**

**HOW TO APPLY >>**

### Careers at DISH Network in Littleton

**Littleton**

Customer Care Center
5701 S. Santa Fe Drive
Littleton, CO 80120
(720) 514-8650

*address →*
*phone →*

We are located at the corner of Sante Fe Drive and Bowles. From I-25, take the Santa Fe exit going South. When you get to Bowles, turn right and then take the first left into the Littleton facility.

DISH Network is dedicated to providing our employees with the resources and benefits they need to make the most of their careers. We are committed to your growth as a professional, which is why we offer all the programs, training, and the benefits you'd expect from our Fortune 200 Company.

If you're ready to make the most of your technical expertise, we have opportunities waiting for you at our state-of-the-art Customer Care Center in Littleton.

**Start the Assessment >>**

**Takes Approximately 1.5 Hours**



To view our video, click here

### Want to learn more about great career opportunities?

Please leave your name, phone number and e-mail and a DISH representative will be in contact with you to discuss our opportunities.

Name:

Phone:

Email:     *email →*

Submit

Copyright 2010 DISH Network   |   Visit our Career Center at dishnetwork.com/careers

Exhibit E

Please provide the following personal information. The information will be used for research purposes only. Providing this information is voluntary and it will have no impact on a hiring decision.

Ethnicity

○ Black or African American - All persons having origins in any of the black racial groups of Africa

○ Hispanic or Latino - All persons of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race

○ Asian - All persons having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam

○ American Indian or Alaskan Native - All persons having origins in any of the original peoples of North and South America, (including Central America), and who maintain tribal affiliation or community attachment

○ White - All persons having origins in any of the original people of Europe, the Middle East or North Africa

○ Native Hawaiian or Other Pacific Islander - All persons having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific islands

○ Two or More Races - All persons who identify with more than one of the above six races

Age

○ Under 40

○ 40 and Over

Gender

○ Male

○ Female

[ Continue ]  [ Reset ]

Exhibit F

Client    Project    List Pa    Particij    Participant Application Details

# Participant Information

Name: George Stewart

Email: g.h.stewart49@comcast.net

Status Type: Active

Phone 1: 303-753-0668

Phone 2: 303-506-4595

Basic Information    Results    Workflow Steps    Custom Modules    Emails    Notes/Documentation

Result Details    Job Report

## Job Workflow Steps

This is the list of available job workflow steps currently
defined for this job application.



| Step # | Step Name | Admin Date | Status | Result | Action |
|---|---|---|---|---|---|
| 10.00 | Login Registration (Start) | 11/10/2010 11:13:04 AM | Complete | Pass | |
| 20.00 | Change Password (Middle) | 11/10/2010 11:13:24 AM | Complete | Pass | |
| 30.00 | Contact Info (Middle) | 11/10/2010 11:14:43 AM | Complete | Pass | |
| 40.00 | Login Email (Middle) | 11/10/2010 11:14:43 AM | Complete | Pass | |
| 50.00 | Consent (Middle) | 11/10/2010 11:15:02 AM | Complete | Pass | |
| 60.00 | Demographics (Middle) | 11/10/2010 11:15:25 AM | Complete | Pass | |
| 70.00 | Diagnostic (Middle) | 11/10/2010 11:16:07 AM | Complete | Pass | |
| 80.00 | BBR (Middle) | 11/10/2010 11:16:43 AM | Complete | Fail | |
| 90.00 | 1stFit (Middle) | | Pending | | |
| 100.00 | Recommendation 1stFit (Middle) | | Pending | | |

Exhibit F

| | | | | |
|---|---|---|---|---|
| 110.00 | AutoScreen Plus (Middle) | | Pending | |
| 120.00 | Recommendation AS+ (Middle) | | Pending | |
| 130.00 | CC AIMS (Middle) | | Pending | |
| 140.00 | Recommendation CC AIMS (Mid... | | Pending | |
| 150.00 | CC Audition (Middle) | | Pending | |
| 160.00 | Recommendation CC Audition ... | | Pending | |
| 170.00 | 1stSolve Research (Middle) | | Pending | |
| 180.00 | Recommendation 1stSolve Res... | | Pending | |
| 190.00 | Calendar (Middle) | | Pending | |
| 200.00 | Closeout Message Calendar (... | | Pending | |
| 210.00 | Talk and Type (Middle) | | Pending | |
| 220.00 | TT Processing (Middle) | | Pending | |
| 230.00 | Recommendation T&T (Middle) | | Pending | |
| 240.00 | Final Closeout (End) | | Pending | |
| 2010.00 | Closeout Message Consent (E... | | Pending | |
| 2020.00 | Closeout Message Diagnostic... | | Pending | |
| 2030.00 | Closeout Message BBR (End B... | 11/10/2010 11:16:44 AM | Complete | Pass |
| 2040.00 | Closeout Message 1stFit (En... | | Pending | |
| 2050.00 | Closeout Message AS+ (End B... | | Pending | |
| 2060.00 | Closeout Message CC AIMS (E... | | Pending | |
| 2070.00 | Closeout Message CCA (End B... | | Pending | |
| 2080.00 | Closeout Message 1stSolve (... | | Pending | |

Exhibit F

| | | |
|---|---|---|
| 2090.00 | Closeout Message Talk and T... | Pending |
| 5010.00 | Forgot Participant ID (Floa... | Pending |
| 5020.00 | Forgot Passwod (Floating) | Pending |
| 5030.00 | HR Calendar (Floating) | Pending |



*Exhibit G*

iRecruitment

Home   Logout   Preferences

Home | Vacancies | Candidates

Vacancies >

## View Applicants : IRC25318

Cancel | Apply

**Vacancy Details**
Vacancy Name **IRC25318**
Start Date **18-Jun-2009**
End Date **30-Sep-2009**

**Search**

| | |
|---|---|
| Applicant Name | |
| Status | |
| Resume Keyword Search | |
| Registration Test Result | |
| Qualified | |

☑ Current Applicants
☑ Hired Applicants
☑ Rejected Applicants

Go | Clear

Select Applicants: ( Update Status ) ( Refer ) ( Create Offer )     ○ Previous | 1-10 | Next 10 ⊗

Select All | Select None

| Select | Applicant Name | Status | Qualified | Applicant Ranking | Preview | File Name | Email | Date Applied |
|---|---|---|---|---|---|---|---|---|
| | AGBEKO, EBENEZER | Terminate Application | | | | Agbeko.Ebenezer.htm | papa.toli@yahoo.com | 20-Aug-2009 |
| | AWONIYI, TOYIN | Terminate Application | | | | Resume One.doc | awoniyitea@yahoo.com | 30-Jul-2009 |
| | AWONIYI, TOYIN | Refused Offer | | | | | toyindun@yahoo.co.uk | 30-Jul-2009 |
| | Aaron, Archer | Terminate Application | | | | Aaron.Archer.htm | aaronarcher1@gmail.com | 28-Sep-2009 |
| | Abbott, Alyssa | Terminate Application | | | | Alyssa's Resume.doc | alyssaaabbott@yahoo.com | 13-Sep-2009 |
| | Abebe, Dereje | Terminate Application | | | | Dereje T.doc | dereje_tilahun@yahoo.com | 31-Jul-2009 |
| | Abel, Tonya | Refused Offer | | | | Abel.Tonya.htm | tonyamayabel@yahoo.com | 29-Jul-2009 |
| | Abeyta, Martin | Terminate Application | | | | Abeyta.Martin.htm | abeytafor3@msn.com | 03-Aug-2009 |
| | Abeyta, Valerie | Terminate Application | | | | Valerie Resume.docx | v_abeyta | 18-Aug-2009 |
| | Absher, Mike | Terminate Application | | | | Mike Absher Resume Dish Network.doc | mike@mikeabsher.com | 28-Sep-2009 |

Select Applicants: ( Update Status ) ( Refer ) ( Create Offer )     ○ Previous | 1-10 | Next 10 ⊗



Exhibit G

Home   Logout   Preferences

iRecruitment

Home | Vacancies | Candidates

Vacancies > View Applicants : IRC25318 >

## Candidate Details: AGBEKO, EBENEZER

(Background Check) (Refer) (Print Applicant Details (PDF))   Candidate 1   (Next)

| | | | |
|---|---|---|---|
| Name | AGBEKO, EBENEZER | Home Phone Number | 720-620-7141 |
| Email Address | papa.toli@yahoo.com | Last Degree Completed | |
| Location | DENVER, CO, US | Preferred Language | American English |
| Current Employer | WALMART STORES INCORPORATED | Current Applications | 0 |
| Current Offers | 0 | | |
| Vacancy | IRC25318 | Application Date | 20-Aug-2009 |
| Job Title | ASC | Most Recent Login Date | 20-Aug-2009 |

Candidate Profile | Qualifications | Resumes and Documents | Jobs Considered For | **Applications** | Offers

Below is the list of applications available for this candidate. You can choose the type of applications that you want to view, in the Application Status poplist.

Application Status  [All  ▼]

Select Application: (Create Offer) (View Details)

| Select | Vacancy | Job Title | Organization | Location | Status | Applicant Ranking | Date Applied |
|---|---|---|---|---|---|---|---|
| ⊙ | IRC25318 | Technical Service Representative | CSC INBOUND UNIVERSAL | Littleton, CO, US | Terminate Application | | 20-Aug-2009 |

(Cancel) (Save)

### IRC25318

**Application Details**

| | |
|---|---|
| Vacancy | IRC25318 |
| Posting Name | IRC25318 |
| Location | Littleton, CO, US |
| Attachments | None (Add) |
| Job Posting Source | dishnetwork.com |
| Source Name | |

**Application Assignment History**

| Status Changed Date | Assignment Status | Change Reason |
|---|---|---|
| 20-Aug-2009 08:13:29 | Active Application | |
| 20-Aug-2009 08:15:55 | Resume Reviewed | |
| 11-Jan-2010 11:48:53 | Terminate Application | Unable to Contact |

(Cancel) (Save)

Candidate Profile | Qualifications | Resumes and Documents | Jobs Considered For | **Applications** | Offers



iRecruitment

Exhibit 6

Home   Logout   Preferences

Home | Vacancies | Candidates

Vacancies > View Applicants : IRC25318 >

## Candidate Details: Aaron, Archer

(Background Check) (Refer) (Print Applicant Details (PDF)) (Back)   Candidate 4   (Next)

| | | | |
|---|---|---|---|
| Name | Aaron, Archer | Home Phone Number | 720-404-5974 |
| Email Address | aaronarcher1@gmail.com | Last Degree Completed | |
| Location | | Preferred Language | American English |
| Current Employer | Denver Public Schools | Current Applications | 0 |
| Current Offers | 0 | | |

| | | | |
|---|---|---|---|
| Vacancy | IRC25318 | Application Date | 28-Sep-2009 |
| Job Title | ASC | Most Recent Login Date | 28-Sep-2009 |

Candidate Profile | Qualifications | Resumes and Documents | Jobs Considered For | **Applications** | Offers

Below is the list of applications available for this candidate. You can choose the type of applications that you want to view, in the Application Status poplist.

Application Status  All ▾

Select Application: (Create Offer) (View Details)

| Select | Vacancy | Job Title | Organization | Location | Status | Applicant Ranking | Date Applied |
|---|---|---|---|---|---|---|---|
| ⊙ | IRC25318 | | CSC INBOUND UNIVERSAL | Littleton, CO, US | Terminate Application | | 28-Sep-2009 |

(Cancel) (Save)

### IRC25318

**Application Details**

| | |
|---|---|
| Vacancy | IRC25318 |
| Posting Name | |
| Location | Littleton, CO, US |
| Attachments | None (Add) |
| Job Posting Source | Other |
| Source Name | |

**Application Assignment History**

| Status Changed Date | Assignment Status | Change Reason |
|---|---|---|
| 28-Sep-2009 15:05:23 | Active Application | |
| 28-Sep-2009 15:12:16 | Resume Reviewed | |
| 15-Oct-2009 16:27:07 | First Interview | |
| 15-Oct-2009 16:27:23 | Terminate Application | |

(Cancel) (Save)

