IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03294-WJM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

DISH NETWORK, LLC,

Defendant.

## ORDER TO SHOW CAUSE

**Entered by Magistrate Judge Michael J. Watanabe**

The Equal Employment Opportunity Commission ("EEOC") has filed an Application for An Order To Show Cause Why An [sic] Administrative Subpoenas Should Not Be Enforced (Docket No. 1). According to the EEOC, Subpoena No. PHX-12-59 and Subpoena No. PHX-13-29 were served on DISH Network, LLC, pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 as amended, 42 U.S.C. § 12117(a), on June 28, 2012, and May 6, 2013, respectively, in the investigation of Charge No. 541-2011-00318.

The EEOC, having duly served the subpoenas upon DISH Network, LLC, and DISH Network, LLC, having failed to comply within the period designated in the subpoenas, it is hereby

ORDERED that on January 22, 2014, at 2:00 p.m., before Magistrate Judge Watanabe in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, Alfred A.

2

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294, DISH Network, LLC, shall appear show cause why it should not be compelled to comply with the above-referenced subpoenas. It is further

ORDERED that the EEOC shall forthwith serve the DISH Network, LLC, with a copy of this Order to Show Cause, along with the EEOC's Application and Memorandum in Support and file a proof of service. It is further

ORDERED that the Respondent file and serve its answer to the Application no later than January 15, 2014.

Done this 11th day of December, 2013.

S/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge