**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**  13-cv-03294-WJM-MJW | FTR - Courtroom A-502 |
| **Date:**  May 20, 2014 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Iris Halpern |
| Plaintiff(s), | |
| v. | |
| DISH NETWORK, LLC, | Paul A. Patten     (by telephone) |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **MOTION   HEARING**
**Court in Session:**    2:33 p.m.
Court calls case.  Appearances of counsel.  Also present for Plaintiff is attorney Sean Ratliff.  Also present for Defendant is Jennifer L. Seda.

The Court raises Defendant's Motion for a Protective Order for argument.
Argument on behalf of Plaintiff by Ms. Halpern.
Argument on behalf of Defendant by Mr. Patten

**It is ORDERED:**     Defendant's MOTION FOR A PROTECTIVE ORDER [Docket No. **37**, filed April 18, 2014] is **GRANTED** for reasons as set forth on the record. Proposed Protective Order [37-1] is approved and made an Order of Court.

Each party shall pay their own attorneys' fees and costs related to the subject motion.

Hearing concluded.
**Court in recess:**    3:34 p.m.
Total In-Court Time 01:01

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.